

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00771-CR

Christopher **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 158th District Court, Denton County, Texas
Trial Court No. F-2011-1675-A
Honorable Sherry L. Shipman, Judge Presiding

# O R D E R

    The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to May 23, 2014. NO FURHTER EXTENSIONS OF TIME WILL BE GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court